**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AFAB INDUSTRIAL SERVICES, INC.,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | **NO.  19-566** |
| **PAC-WEST DISTRIBUTING NV LCC** *et al.,* | : | |
| *Defendants* | : | |

**O R D E R**

**AND NOW**, this 10th day of March, 2022, upon consideration of Pac-West's motion for

summary judgment (Doc. No. 72), AFAB's response in opposition (Doc. No. 75), the Court having

held oral argument on October 12, 2021, and for the reasons set forth in the accompanying

Memorandum, it is **ORDERED** that the motion (Doc. No. 72) is **GRANTED IN PART** and

**DENIED IN PART** as follows:

1. The motion is **DENIED** as to AFAB's disparagement clause, Lanham Act
   injunctive relief, and unfair competition claims;

2. The motion is **GRANTED** as to the monetary damages for the Lanham Act claims;
   and

3. The motion is **DENIED** as to Pac-West's counterclaim.

**BY THE COURT:**

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1