IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AFAB INDUSTRIAL SERVICES, INC., <br> *Plaintiff* | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : <br> : | |
| PAC-WEST DISTRIBUTING NV LLC *et al.*, <br> *Defendants* | : <br> : | No. 19-566 |
| PAC-WEST DISTRIBUTING NV LLC, <br> *Plaintiff* | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : <br> : | |
| AFAB INDUSTRIAL SERVICES, INC. *et al.*, <br> *Defendants* | : <br> : | No. 19-3584 |

## JURY TRIAL NOTICE

These cases shall be jointly tried to a jury commencing 9:30 a.m. on **Monday, February 6, 2023** in Courtroom 10B.

The parties must file any motions for summary judgment regarding the counterclaims in Case No. 19-3584 by **October 14, 2022**. Any responses must be filed within 3 weeks.

The parties must file proposed *voir dire* questions and proposed jury instructions by **5:00 p.m. on November 18, 2022**.

The parties must file any motions *in limine* by **5:00 p.m. on December 16, 2022**. Responses must be filed by **January 13, 2023**.

The parties must exchange their pre-numbered trial exhibits by **5:00 p.m. on January 13, 2023**.

1

By **5:00 p.m.** on **January 20, 2023** the parties shall exchange and submit to the Court their respective lists of trial exhibits[1] and lists of witnesses (as to which counsel will provide a short description of each of the witness's proposed testimony).

Trial counsel shall attend a final pretrial conference with the Court at **3:00 p.m. on January 26, 2023** in the Court's Chambers (Rm. 10613). Among other matters the Court will address the protocol for jury selection, electronic equipment needs and operation, and other trial-related details.

Each party shall submit to the Court and exchange with each other the party's trial memorandum by 5:00 p.m. on **January 30, 2023**.

BY THE COURT:

_____
HON. GENE E.K. PRATTER
United States District Court Judge

---

[1] The parties should anticipate preparing one combined set of pre-marked exhibits in hard copy, due at the time of closing arguments at trial.